AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| TYRONE LATROY SPRATT | ) Case No:  06-00080-CB |
| | ) USM No:  04529-003 |
| Date of Original Judgment:  March 12, 2007 | ) |
| Date of Previous Amended Judgment: _____ | ) |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  [✓] the defendant  [ ] the Director of the Bureau of Prisons  [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] **DENIED.**  [✓] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  288  months **is reduced to**  236 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**




Except as otherwise provided, all provisions of the judgment dated  March 12, 2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  September 1, 2015         s/Charles R. Butler, Jr.
                                                                *Judge's signature*

Effective Date:  November 1, 2015       Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*                                *Printed name and title*